DEBRA W. YANG
United States Attorney
STEVEN D. CLYMER
Special Assistant United States Attorney
Chief, Criminal Division
RAYMOND O. AGHAIAN (SBN: 218294)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3825
    Facsimile: (213) 894-0141
    Email: Raymond.Aghaian@USDOJ.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CV 05-1676-WDK |
| --- | --- | --- |
|     Plaintiff-Respondent, | ) | (CR 01-237-WDK) |
| | ) | |
| v. | ) | [PROPOSED] ORDER (1) DECLARING PARTIAL WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND COMPELLING DISCLOSURE OF CERTAIN ATTORNEY-CLIENT COMMUNICATIONS, AND (2) GRANTING EXTENSION OF TIME |
| GREGORY ALAN FOSTER, | ) | |
|     Defendant-Petitioner. | ) | |

Having considered the government's *Ex Parte* Application For Order Declaring Partial Waiver Of Attorney-Client Privilege And Compelling Disclosure Of Certain Attorney-Client Communications, and GOOD CAUSE having been shown, THE COURT HEREBY MAKES THE FOLLOWING FINDINGS:

(1) Petitioner Gregory Alan Foster has waived his attorney-client privilege with respect to communications between him and his counsel, Mr. James D. Henderson, (petitioner's trial counsel) and Mr. Richard D. Rome (petitioner's appellate counsel), concerning the defective nature of the aiding and abetting allegation in count 23 of the indictment, that defendant refers to in his "Motion to Vacate, Set Aside, or Correct Sentence

Pursuant to 28 U.S.C. 2255."

(2) Petitioner Gregory Alan Foster has waived his attorney-client privilege with respect to communications between him and his counsel, Mr. James D. Henderson, concerning the sentencing enhancements and the applicable preponderance of evidence standard at sentencing.

(3) Section 6068(e) of the California Business and Profession Code does not preclude Messrs. Henderson and Rome from answering petitioner's claim of ineffective assistance in the above-captioned case.

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

(1) On or before May 30, 2005, Mr. James D. Henderson and Mr. Richard D. Rome shall each provide the court and counsel in the above-captioned matter with a declaration responding to petitioner's relative claims in the instant § 2255 motion, including:

(a) the content and context of any discussions between Mr. Henderson and petitioner regarding the defective nature of the aiding and abetting allegation in count 23 of the indictment, the unconstitutionality of the sentencing enhancements, and the applicable preponderance of evidence standard at sentencing to which, petitioner refers in his "Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. 2255;"

(b) the content and context of any discussions between Mr. Rome and petitioner regarding the defective nature of the aiding and abetting allegation in count 23 of the indictment, to which, petitioner refers in his "Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. 2255;" and

1        (c) Messrs. Henderson and Rome are further directed to attach to their declarations as exhibits copies of any records in their possession which would be material to the claims raised in petitioner's § 2255 motion.

      (2) The time for the government to respond to petitioner's "Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255" is extended until June 27, 2005.

DATED: April 26, 2005

_____
HON. WILLIAM D. KELLER
UNITED STATES DISTRICT COURT

Presented by:

_____
RAYMOND O. AGHAIAN
Assistant United States Attorney

CERTIFICATE OF SERVICE BY MAIL

I, Josephine Johnson, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on April 22, 2005, I deposited in the United States mails in the United States Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of: [PROPOSED] ORDER (1) DECLARING [PARTIAL WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND COMPELLING DISCLOSURE OF CERTAIN ATTORNEY-CLIENT COMMUNICATIONS, AND (2) GRANTING EXTENSION OF TIME addressed to:

> Gregory Alan Foster, Reg. No. 20341-112
> Federal Correctional Complex
> P.O. Box 26020
> Beaumont, TX 77720-6020

at his last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on April 2, 2005 at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
JOSEPHINE JOHNSON

CERTIFICATE OF SERVICE BY MAIL

I, Josephine Johnson, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on April 25, 2005, I deposited in the United States mails in the United States Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of: **[PROPOSED] ORDER (1) DECLARING PARTIAL WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND COMPELLING DISCLOSURE OF CERTAIN ATTORNEY-CLIENT COMMUNICATIONS AND (2) GRANTING EXTENSION OF TIME** at his last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on April 25, 2005 at Los Angeles, California.

certify under penalty of perjury that the foregoing is true and correct.

JOSEPHINE JOHNSON