SEND
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CV 05-1676-WDK ✓<br>CR 01-0237-WDK | Date  July 27, 2005 |
| Title | *United States of America v. Gregory Alan Foster* | |

Present:   The Honorable William D. Keller, United States District Judge

| Jovita I. Grady | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff:   Attorneys Present for Defendant:
None Present                       None Present

**Proceedings:**   (In Chambers) Defendant's Motion to Vacate Set Aside or Correct Sentence Under 28 U.S.C. § 2255

For the reasons identified by the government, the defendant's petition lacks merit. The motion is DENIED.

IT IS SO ORDERED.



DOCKETED ON CM
JUL 28 2005

Initials of Preparer   JG